# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANEL FRITZ** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-3181** |
| v. | : | |
| | : | |
| **UWCHLAN AMBULANCE CORPS, INC.** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 4th day of March 2020, upon consideration of *Defendant's motion for summary judgment*, [ECF 19], Plaintiff's response in opposition thereto, [ECF 20], and Defendant's reply, [ECF 23], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims. The Clerk of Court is directed to mark this matter **CLOSED**.

                                        **BY THE COURT:**

                                        */s/ Nitza I. Quiñones Alejandro*
                                        **NITZA I. QUIÑONES ALEJANDRO**
                                        *Judge, United States District Court*